# ROBERT A. STUMPF, ESQ.

*Consumer, Bankruptcy, Immigration Law and General Practice*

Admitted in New York

P- 718-288-9316
E-robstumpfesq@gmail.com

1303 Roanoke Avenue
Riverhead, NY 11901

September 8, 2025

Hos. Eliszbeth S. Stong
United States Bankruptcy Judge
Chambers Staff
271 Cadman Plana West
Brooklyn, NY 11201

**Re. Brandon Gollu, Case 25-42997-ess**

*VIA ECF AND EMAIL*

Dear Ladies/Gentlemen,

    As the secured creditor has agreed to discuss alternatives to work out the mortgage on 200 Jewett Ave, Staten Island, NY, we respectfully ask that the Request to Allow Loss Mitigation on behalf of debtor (ECF Docket No. 17) be withdrawn.

    We would note that rental income for the property would be significantly greater than the interest and principal payment than noted by counsel, see ECF Docket 18. It is on this good faith basis that debtor seeks to negotiate/enter into medication with the mortgagor, which would result in the most equitable outcome for all concerned.

Sincerely,

*Robert Stumpf*
Robert A. Stumpf, Esq.

CC: Michael Thomas Rozea , mrozea@friedmanvartolo.com
    Katherine Heidbrink, bankruptcy@friedmanvartolo.com