UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
:
IN RE: : CASE NO.: 25-42997-ess
:
: CHAPTER: 7
BRANDON GOLLU, :
: HON. JUDGE:
: Elizabeth S. Stong
Debtor. :
:
:
:
------------------------------------------------------------------X

# ORDER MODIFYING AUTOMATIC STAY AND GRANTING IN REM RELIEF

Upon the motion, dated August 12, 2025, (the "Motion", dkt. no. 12), of Fay Servicing, LLC as servicer for U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF8 Master Participation Trust (with any subsequent successor or assign, the "Movant"), for an order, pursuant to 11 U.S.C. § 362(d)(4), for in rem relief from the automatic stay with respect to the real property ***at*** 200 Jewett Avenue, Staten Island, NY 10302 ("Property"); pursuant to 11 U.S.C. § 362(d)(1); vacating the automatic stay to permit Movant, its successors and/or assigns, to enforce its mortgage on the Debtor`s Property; and due and proper notice of the Motion having been made on all necessary parties; and upon the Affirmation in Opposition dated August 19, 2025, [dkt. no. 16] filed by the Debtor to the Motion; and the Court having ***from time to time and on*** ~~held a hearing on the Motion and Opposition on~~ September 9, 2025, ***held hearings on the Motion and Opposition*** at which counsel to the Movant and ***the*** Debtor appeared and were heard, and upon all the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby

**ORDERED** that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is ~~vacated~~ **_modified_** under section 362(d)(1) of the Bankruptcy Code as to the Movant's interest in the Property to allow the Movant~~'s~~ **_to pursue_**~~enforcement of~~ its rights **_under applicable law with respect to_** ~~in, and remedies in and to~~, the Property; and **_it is further_** ~~such~~

**ORDERED, _that pursuant to Bankruptcy Rule 4001(a)(4), the_** relief **_granted herein shall become_** ~~is~~ effective ~~within~~ sixty (60) days from **_the date of_** entry of this Order, **_on November 21, 2025_**; and it is further

**ORDERED,** that provided that this Order is recorded in compliance with applicable state laws governing notices of interests or liens in real property, this Order shall be binding in any other case under this title purporting to affect the Property filed not later than two years after the date of entry of this Order, except that a debtor in a subsequent case under this title may move for relief from this Order, based on a change of circumstances and upon good cause shown; and it is further

**ORDERED** that the Movant shall promptly report to the Chapter 7 Trustee any surplus monies realized by any sale of the Property.



Dated: Brooklyn, New York
September 23, 2025

_____
Elizabeth S. Stong
United States Bankruptcy Judge